UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

United States of America                    Civil No. 08-CV-1196

                          Plaintiff
vs.

Chittenango Housing for Elderly LP

                          Defendants.

## STIPULATION CANCELING ACTION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys or record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter the action, the above entitled action be, and the same hereby is discontinued, without costs to either party against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: May 8, 2009

David P. Martin, Esq.
HARRIS BEACH, PLLC
Attorney(s) for the Plaintiff
One Park Place
300 South State Street, 4th Floor
Syracuse, New York 13202
315-423-7100


Frank A. Bersani, Jr.
Attorney(s) for Defendant,
Chittenango Housing for the
  Elderly LP
306 Syracuse Building
224 Harrison Street
Syracuse, New York  13202

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

United States of America                    Civil No. 08-CV-1196

                    Plaintiff

vs.

Chittenango Housing for Elderly LP

                    Defendants.

**STIPULATION CANCELING LIS PENDENS**

WHEREAS, no party served herein is an infant or incompetent person for whom a committee has been appointed.

IT IS HEREBY STIPULATED AND AGREED by all the

(a) attorney(s) for the plaintiff(s);
(b) attorney(s) for all defendants who have appeared or answered including those who have waived all notices;
(c) defendants who have been served with process and have not appeared but whose time to do so has expired; and
(d) defendants who have appeared in person,

that the notice of pendency of action that was filed in Supreme Court, County of Madison on the 1st day of October, 2008 be canceled and discharged of record; this action was removed from Supreme Court, Madison County to the U.S. District Court, Northern District of New York and assigned Civil No. 5:08-cv-1196 on November 7, 2008.

Dated: May 8 2009

_____
David P. Martin, Esq.
HARRIS BEACH, PLLC
Attorney(s) for the Plaintiff
One Park Place
300 South State Street, 4th Floor
Syracuse, New York 13202
315-423-7100

_____
Frank A. Bersani, Jr.
Attorney(s) for Defendant,
Chittenango Housing for the
  Elderly LP
306 Syracuse Building
224 Harrison Street
Syracuse, New York  13202


IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge
Dated:  June 2, 2009
         Syracuse, NY